**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JULIE HENRIQUEZ, | ) FILED: SEPTEMBER 5, 2008 |
| | ) 08CV5073 |
| Plaintiff, | ) JUDGE ASPEN |
| | ) MAGISTRATE JUDGE MASON |
| vs. | )     Civil Action No. |
| | ) |
| GC SERVICES, LP, | ) CH |
| | ) |
| Defendant. | ) |

## COMPLAINT

NOW COMES the Plaintiff, JULIE HENRIQUEZ, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, GC SERVICES, LP, and alleging as follows:

## PRELIMINARY STATEMENT

1.     This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

## JURISDICTION AND VENUE

2.     Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

## PARTIES

3.     Plaintiff, Julie Henriquez, ("Plaintiff"), is an individual who was at all relevant times residing in the City of Chicago, State of Illinois.

4.     At all relevant times herein, Defendant, GC Services, LP, ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held itself out to be a company collecting a debt allegedly owed for a student loan.

5.     Defendant is a corporation that has its principal place of business and its offices located in the State of Texas.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. GC SERVICES, LP

6.     In August of 2008, Plaintiff began receiving telephone calls from a representative of Defendant attempting to collect a debt allegedly owed for a student loan.

7.     Defendant began contacting Plaintiff prior to 8:00 a.m. in the morning and leaving messages for her two to three times per day.

8.     On August 21, 2008, Plaintiff contacted Defendant and stated it had spoken with Plaintiff's mother regarding the alleged debt, however, her mother was out of the country.

9.     In said conversations, Defendant called Plaintiff a liar, threatened to garnish her wages and told Plaintiff he was a representative of the State Department in an effort to force Plaintiff to make payment on the debt.

10.     In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

a.     Stated that the consumer owes any debt when it communicated with any person other than the consumer for the purpose of acquiring location information about the consumer in violation of 15 U.S.C. § 1692b(2);

b.     Communicated with a consumer in connection with the collect of any debt at any unusual time or place or a time or place which should be known to be inconvenient to the consumer when Defendant contacted Plaintiff prior to 8:00 a.m. in the morning in violation of 15 U.S.C. § 1692c(a)(1);

      c.      Engaged in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt when Defendant caused a telephone to ring or engaged any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number in violation of 15 U.S.C. § 1692d(5);

      d.      Falsely represented or implied that the debt collector is vouched for, bonded by, or affiliated with the United States or any State, including the use of any badge, uniform, or facsimile thereof in violation of 15 U.S.C. § 1692e(1); and

      e.      Used any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in violation of 15 U.S.C. § 1692e(10).

11.    As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, JULIE HENRIQUEZ, by and through her attorneys, respectfully prays for judgment as follows:

      a.      All actual compensatory damages suffered;

      b.      Statutory damages of $1,000.00 for Plaintiff;

      c.      Plaintiff's attorneys' fees and costs;

      d.      Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY ***

Respectfully Submitted,
**JULIE HENRIQUEZ**


By:     s/Larry P. Smith     
          Attorney for Plaintiff


Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph.      (312) 222-9028
Fax      (312) 602-3911
e-mail  lsmith@lpsmithlaw.com